**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7658**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

LEVELT FRANCOIS,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:88-cr-00051-CMH-1)

Submitted:  December 17, 2009      Decided:  December 30, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Levelt Francois, Appellant Pro Se.  Adrienne Frazier, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Levelt Francois appeals the district court's order denying his motion for production of documents and his motion to have the district court review the government's failure to file a Fed. R. Crim. P. 35(b) motion.  See Wade v. United States, 504 U.S. 181 (1992).  We have reviewed the record and find that Francois failed to make a sufficient showing to warrant a Wade review.  See id. at 186; United States v. Wallace, 22 F.3d 84, 87 (4th Cir. 1994).  Accordingly, we affirm the district court's denial of Francois' motions.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED